**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. ALI ESLAMI,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant.<br>_____/ | No. C 14-0328 CW<br><br>ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION (Docket No. 11) |

On March 28, 2014, Defendant United States of America moved to dismiss this action under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction.  Plaintiff A. Ali Eslami, proceeding pro se, failed to file a timely response to the motion.  Civil L.R. 7-3(a).

Accordingly, Plaintiff is directed to respond to Defendant's motion within seven days of the date of this order.  Defendant shall file its reply to the motion seven days after Plaintiff files his response.  The motion will be decided on the papers.

If Plaintiff fails to respond to Defendant's motion, this action will be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: 4/21/2014

CLAUDIA WILKEN
United States District Judge