IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. ALI ESLAMI, | No. C 14-0328 CW |
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE |
| v. | (Docket No. 20) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Defendant United States of America moves to continue the case management conference previously scheduled for July 2, 2014. This motion is GRANTED. The case management conference will be continued to 2:00 p.m. on July 23, 2014.

IT IS SO ORDERED.

Dated: 6/16/2014

CLAUDIA WILKEN
United States District Judge