United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. ALI ESLAMI,<br><br>        Plaintiff(s),<br><br>  v.<br><br>JOHN KOSKINEN,<br><br>        Defendant(s).<br>_____/ | No. C14-00328 KAW (MEJ)<br><br>**AMENDED NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**<br><br>(**Corrects time of settlement**) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **Thursday, February 26, 2015, at 10:30 a.m.**, **in Chambers, 15th Floor**, 450 Golden Gate Avenue, San Francisco, California 94102. Updated confidential settlement conference statements shall be lodged with the Court by **February 19, 2015,** if they wish to, but it is not necessary. Each party shall also submit their updated statements in pdf format and email their statement to:

**MEJPO@cand.uscourts.gov**

Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case.

The parties shall notify the undersigned's Courtroom Deputy, Rose Maher immediately at (415) 522-4708 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

**IT IS SO ORDERED.**

Dated: February 10, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge