UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| A. ALI ESLAMI,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 4:14-cv-328-KAW<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

Upon stipulation of the parties to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause shown, it is hereby ORDERED that this action is dismissed with prejudice. All deadlines and conferences currently set in this matter are vacated. It is further ordered that each party shall bear its own costs and fees.

SO ORDERED this __13th__ day of __March_____, 2015.

_____
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER OF DISMISSAL    1